April 27, 2007

Mr. Philip Durst
Deats Durst Owen & Levy, P.L.L.C.
1204 San Antonio, Suite 203
Austin, TX 78701
Mr. Thomas F. Rugg
Jefferson County Criminal District Attorney's Office
First Assistant - Civil Division
1001 Pearl Street
Beaumont, TX 77701

RE: Case Number: 05-0956
 Court of Appeals Number: 09-04-00477-CV
 Trial Court Number: A-167,686

Style: JAMES VANDEVENDER
 v.
 HONORABLE G. MITCH WOODS, IN HIS OFFICIAL CAPACITY AS SHERIFF OF
 JEFFERSON COUNTY, TEXAS, AND JEFFERSON COUNTY, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne |
| |Flores |
| |Ms. Lolita Ramos |